## BAXLEY v. NATIONWIDE MUTUAL INS. CO.

No. 538PA91

Case below: 104 N.C.App. 419

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## COX v. HOZELOCK, LTD.

No. 51P92

Case below: 105 N.C.App. 52

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 4 March 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.

## DOZIER v. CRANDALL

No. 54PA92

Case below: 105 N.C.App. 74

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## FRAZIER v. BOWMAN

No. 26P92

Case below: 104 N.C.App. 803

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 March 1992.

## GAY v. BIRD

No. 25P92

Case below: 104 N.C.App. 803

Petition by defendant (Mecklenburg County) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992. Petition by defendants (Henry and Scott) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992. Petition by defendants (Bird, Charlotte Radiology Group and Providence Radiology Associates) for discretionary review pursuant to G.S. 7A-31 denied 4 March 1992.